THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
Milwaukee Division

| | |
|---|---|
| 2010-1 SFG VENTURE LLC, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>EP MILWAUKEE, LLC; DOC MILWAUKEE )<br>II, LLC; SJ PROPERTIES SUITES, BUYCO, )<br>EHF; JOHN W. ECONOMOU; and STEVE J. )<br>ECONOMOU; )<br>)<br>    Defendants. )<br>) | CIVIL ACTION<br>NO. 2:10-CV-1079-RTR |

## **CIVIL LOCAL RULE 7.1 DISCLOSURE STATEMENT**

The undersigned, counsel of record for 2010-1 SFG Venture LLC, furnishes the following list in compliance with Civil L.R. 7.1 and Fed. R. Civ. P. 7.1:

**(1)** The full name of every party or amicus the attorney represents in the action:

    **2010-1 SFG Venture LLC**

**(2)** If such party or amicus is a corporation:

    **(A)** Its parent corporation, if any, and any publicly held corporation owning 10% or more of its stock:

    **Square Mile Lodging Recovery LLC, a Delaware limited liability company**

    **Federal Deposit Insurance Corporation, as receiver for Silverton Bank, N.A.**

**(3)** The names of all law firms whose attorneys will appear, or are expected to appear, or the party in this Court:

    **MORRIS, MANNING & MARTIN, LLP**
    **1600 Atlanta Financial Center**
    **3343 Peachtree Road, N.E.**
    **Atlanta, Georgia 30326**

    **AND**

2910845 v01

Case 2:10-cv-01079-RTR   Filed 12/08/10   Page 1 of 4   Document 54

       **FRIEBERT, FINERTY & ST. JOHN, S.C.**
       **Two Plaza East - Suite 1250**
       **330 East Kilburn Avenue**
       **Milwaukee, Wisconsin 53202**

Respectfully submitted, this 8th day of December, 2010.

       /s/ J. Ben Vitale
       Lewis E. Hassett (Georgia BN: 336140)
       J. Ben Vitale (Georgia BN: 108106)
       Attorneys for Specialty Finance Group, LLC
       MORRIS, MANNING & MARTIN, L.L.P.
       1600 Atlanta Financial Center
       3343 Peachtree Road, N.E.
       Atlanta, Georgia 30326
       T: (404) 233-7000
       F: (404) 365-9532
       E-mail: lhassett@mmmlaw.com
                  jvitale@mmmlaw.com

OF COUNSEL:
S. Todd Farris (BN: 1006554)
Christopher M. Meuler (BN: 1037971)
FRIEBERT, FINERTY & ST. JOHN, S.C.
Two Plaza East – Suite 1250
330 East Kilbourn Avenue
Milwaukee, WI 53202
T: (414) 271-0130
F: (414) 272-8191
E-mail:    stf@ffsj.com
             cmm@ffsj.com

2910845 v01

THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
Milwaukee Division

| | |
|---|---|
| 2010-1 SFG VENTURE LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> EP MILWAUKEE, LLC; DOC MILWAUKEE ) <br> II, LLC; SJ PROPERTIES SUITES, BUYCO, ) <br> EHF; JOHN W. ECONOMOU; and STEVE J. ) <br> ECONOMOU; ) <br> ) <br> Defendants. ) <br> ) | CIVIL ACTION <br> NO. 2:10-CV-1079-RTR |

CERTIFICATE OF SERVICE

This is to certify that I have served "CIVIL LOCAL RULE 7.1 DISCLOSURE STATEMENT" upon Defendants by electronic delivery through the ECF delivery system, as follows:

> Charles Pekor, Esq.
> Pekor & Associates, LLC
> Lenox Center, Suite 450
> 3355 Lenox Road, N.E.
> Atlanta, Georgia 30338
>
> Scott R. Halloin, Esq.
> Halloin & Murdock, S.C.
> 839 North Jefferson Street, Suite 503
> Milwaukee, Wisconsin 53202
>
> Gregory J. Cook, Esq.
> Greg Cook Law Offices, S.C.
> The Renaissance on Water
> 309 North Water Street, Suite 160
> Milwaukee, Wisconsin 53202

and depositing copies of same in the United States Mail, with adequate postage thereon to ensure delivery, addressed as follows:

2910845 v01

        DOC Milwaukee II, LLC
        The Corporation Trust Company - Registered Agent
        Corporation Trust Center
        1209 Orange Street
        Wilmington, Delaware 19801

This 8th day of December, 2010.

          /s/ J. Ben Vitale
          Lewis E. Hassett (Georgia BN: 336140)
          J. Ben Vitale (Georgia BN: 108106)
          Attorneys for Specialty Finance Group, LLC
          MORRIS, MANNING & MARTIN, L.L.P.
          1600 Atlanta Financial Center
          3343 Peachtree Road, N.E.
          Atlanta, Georgia 30326
          T: (404) 233-7000
          F: (404) 365-9532
          E-mail: lhassett@mmmlaw.com
                    jvitale@mmmlaw.com

OF COUNSEL:
S. Todd Farris (BN: 1006554)
Christopher M. Meuler (BN: 1037971)
FRIEBERT, FINERTY & ST. JOHN, S.C.
Two Plaza East – Suite 1250
330 East Kilbourn Avenue
Milwaukee, WI 53202
T: (414) 271-0130
F: (414) 272-8191
E-mail:    stf@ffsj.com
             cmm@ffsj.com

2910845 v01