# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**2010-1SFG VENTURE, LLC;**

    Plaintiff,

    V.           CASE NUMBER: **10-C-1079**

**EP MILWAUKEE, LLC;**
**DOC MILWAUKEE, II, LLC;**
**SJ PROPERTIES SUITES, BUYCO, EHF;**
**JOHN W. ECONOMOU; and**
**STEVE J. ECONOMOU;**

    Defendants.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that the plaintiff's motion to dismiss this action to recover the unpaid balance on a promissory note, without prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, is GRANTED.**

**Taxable costs are awarded to defendant SJ Properties Suites, BuyCo, ehf.**

**This action is hereby DISMISSED WITHOUT PREJUDICE.**

| | |
|---|---|
|    **September 30, 2011** | **JON W. SANFILIPPO** |
| Date | Clerk |
| | s/ Linda M. Zik |
| | (By) Deputy Clerk |